

RECEIVED
IN MONROE, LA
MAR 21 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. A. No. 02-30043-06 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THOMAS NATION | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons set forth in this Court's Ruling and the Report and Recommendation of Magistrate Judge Karen L. Hayes [Doc. No. 509], adopted herein,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 508] is DENIED and DISMISSED WITH PREJUDICE as untimely.

MONROE, LOUISIANA, this the 21 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE